JOHN W. HUBER, United States Attorney (#7226)
HOLLY R. SHICK, Assistant United States Attorney (#15801)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682



FILED
DISTRICT COURT

SEALED⁰⁴

DISTRICT OF UTAH

'ITY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA BEAU MUIRHEAD,<br><br>Defendant. | INDICTMENT<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm (Count I);<br>21 U.S.C. § 844(a), Possession of Methamphetamine (Count II).<br><br>Case: 2:16-cr-00636<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 12/7/2016<br>Description: USA v. |

The Grand Jury charges:

### COUNT I
Felon in Possession of a Firearm
[18 U.S.C. § 922(g)(1)]

Between a date unknown to the Grand Jury and on or about September 18, 2016, in the

Central Division of the District of Utah,

### JOSHUA BEAU MUIRHEAD,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one

year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit, a Taurus

Millennium PT 111 Pro 9mm handgun, and attempted to do so; in violation of 18 U.S.C. §

922(g)(1).

## COUNT II
Possession of Methamphetamine
[21 U.S.C. § 844(a)]

On or about September 18, 2016, in the Central Division of the District of Utah,

JOSHUA BEAU MUIRHEAD,

defendant herein, did knowingly and intentionally possess a controlled substance, to wit: methamphetamine, a Schedule II controlled substance; all in violation of 21 U.S.C. § 844(a).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense in violation of 18 U.S.C. § 922(g)(1), as set forth in this indictment, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- Taurus Millenium PT 111 Pro 9mm handgun, Serial No. TCM73346

- 9mm ammunition

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
HOLLY R. SHICK
J. DREW YEATES
Assistant United States Attorneys